GOLDSMITH & HULL, A P.C. File # 592068
William I. Goldsmith    SBN 82183
Stephen R. Goldsmith    SBN 291555
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:  (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:18-cv-4199-WDK-JEM |
| Plaintiff, | |
| v. | DECLARATION OF STEPHEN R. GOLDSMITH RE: APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANT (S) |
| DELORIS WOOLEY aka DELORIS BRUINS aka DELORIS WOORLEY | |
| Defendant. | |

I, STEPHEN R. GOLDSMITH, declare and state as follow:

1. That I am an attorney in the Law Firm of Goldsmith & Hull, A P.C., and admitted to practice before all courts of the State of California, and counsel for the United States of America. The following is based upon my own information and belief.

2. We repeatedly attempted to serve the defendant within the usual time parameter.

3. However, the defendant moved, leaving no forwarding address. We skip-traced, and we are in the process of serving the Summons & Complaint and expect success.

//

//

4. Therefore, declarant respectfully requests an extension of 60 days to serve the Defendant and to file the proof of service of the Summons & Complaint. It is argued that in the interest of judicial economy, this case be permitted to continue instead of suffering a dismissal and re-filing.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed the <u>4Th</u> Day of September, 2018 at Northridge, California.

GOLDSMITH & HULL, A P.C.

_____/S/_____
STEPHEN R. GOLDSMITH
Attorney for Plaintiff